# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **DETENTION ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Matthew Dubois, | ) | |
| | ) | Case No. 4:08-cr-076 |
| Defendant. | ) | |

On April 30, 2009, the court convened a hearing on a petition for revocation of the Defendant's pre-sentence release. AUSA Brandi Sasse Russell appeared on the Government's behalf. Assistant Federal Public Defender William Schmidt appeared on the Defendant's behalf.

For the reasons articulated at the hearing, the court **REVOKES** the Defendant's pre-sentence release with the understanding that Defendant may move the court for further modification at a later date. The Defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 30th day of April, 2009.

/s/ Charles S. Miller, Jr  
Charles S. Miller, Jr.  
United States Magistrate Judge